JOHN NICOTRA, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division and for a stay pending the determination of such appeal granted. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

JOSEPH E. BORRELLI, Appellant, v. J. H. TAYLOR CONSTRUCTION CO., INC., Respondent. — Action to recover damages for alleged delay, claimed to have been due to the legal fault of the defendant, under a building contract. After a trial before the court, without a jury, the complaint was dismissed upon the merits. Judgment reversed on the law and the facts, with costs, and judgment granted in favor of the plaintiff for the sum of $362.82, without costs, with interest from a date to be fixed in the order to be entered hereon. The item allowed represents the amount of the possible sales tax to which the plaintiff is entitled upon this record. The findings of fact implicit in the judgment in favor of defendant are otherwise affirmed. Settle order on notice. Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

ALMA CAMPBELL, Individually and as Executrix of MARTHA S. CAMPBELL, Deceased, Respondent, v. LILLIAN V. KNORPP, Appellant, et al., Defendants. — Action to recover damages for personal injuries suffered by two passengers in appellant's automobile when it was in collision with an automobile truck. Judgment entered on the verdict of a jury in favor of the original plaintiffs unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ.

JANE G. CRIDLAND, Respondent, v. CITY OF BEACON, Appellant.— Defendant in an action to recover damages for personal injuries appeals (a) from a judgment in favor of plaintiff, entered on the verdict of a jury, and (b) from an order denying the defendant's motion made at the close of the case to set the verdict aside and for a new trial. Judgment and order unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See post, p. 1001.]